IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MICHAEL DAVID HOLLOWAY , | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv- 00001-MTT-MSH |
| | * |
| COMMISSIONER WARD et. al. , | |
| | * |
| Defendants. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 27, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 27th day of March, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk