IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

MICHAEL DAVID HOLLOWAY,     *

        Plaintiff,     *

v.     Case No. 5:23- cv-1-MTT

    *

COMMISSIONER WARD, et al., 

    *

        Defendants.

    *

## J U D G M E N T

Pursuant to this Court's Order dated December 7, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 7th day of December, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk